NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| ANGUS McCANT, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )     Case No. 2D18-870 |
| | ) |
| STATE OF FLORIDA, | ) |
| | ) |
| Appellee. | ) |
| _____ | ) |

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Joseph C. Fuller, Jr.,
Judge.

Angus McCant, pro se.


PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Johnson v.

State, 763 So. 2d 283 (Fla. 2000); State v. King, 426 So. 2d 12 (Fla. 1982); McCant v.

State, 151 So. 3d 1248 (Fla. 2d DCA 2014) (table decision); Shortridge v. State, 884

So. 2d 321 (Fla. 2d DCA 2004); Mosely v. State, 688 So. 2d 999 (Fla. 2d DCA 1997);

State v. Lee, 651 So. 2d 1221 (Fla. 2d DCA 1995); Desmond v. State, 576 So. 2d 743

(Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Foss v. State,

834 So. 2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA

2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

CRENSHAW, MORRIS, and SLEET, JJ., Concur.